UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Demetrius Brownridge,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Hutchings, et al.<br><br>　　　　　Defendants. | Case No. 2:23-cv-01890-MMD-EJY<br><br>**ORDER** |

　　On November 16, 2023, Plaintiff initiated this case by submitting an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. Plaintiff's IFP application failed to include a financial certificate and his inmate trust fund account statement for the previous six-month period. Even if Plaintiff has not been at the Nevada Department of Corrections facility a full six-month period, Plaintiff must still submit a financial certificate and an inmate account statement for the dates he has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

　　IT IS FURTHER ORDERED that on or before **January 26, 2024**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **January 26, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate along with the information and instructions for filing the same.

DATED this 28th day of November, 2023.

                                            _____
                                            ELAYNA J. YOUCHAH
                                            UNITED STATES MAGISTRATE JUDGE